

ORDERED in the Southern District of Florida on November 16, 2022.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                    Case No. 22-18618-LMI

Ariel Malagon                             Chapter 13

      Debtor.
_____/

### ORDER SETTING HEARING TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND WHY ATTORNEY ARMANDO ALFONSO SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH FRBP 1014(a)(2)

**THIS CAUSE** came before the Court *sua sponte* following the Court's Notice to Filer of Apparent Filing Deficiency (ECF #3) (the "Notice") entered on November 8, 2022. The Notice stated that the case was filed in the improper district and directed the filer to comply with Fed. R. Bankr. P. 1014(a)(2) for proper assignment of the case within two business days. A review of the docket indicates that Debtor's counsel has not taken any action. Therefore, it is

**ORDERED** that Attorney Alfonso shall appear at a hearing on **December 6, 2022** at **9:00 a.m. via video conference by Zoom for Government** to show cause as to why the case should not be dismissed and why Attorney Alfonso should not be sanctioned for failing to comply with Fed. R. Bankr. P. 1014.

The hearing scheduled by this order will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4

###

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*