**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE COUNTY DIVISION**

In re:   Ariel Malagon                                                  Case No. 22-18618-LMI
                                                                        Chapter 13

                          Debtors
_____/

**DEBTORS NOTICE OF VOLUNTARY DISMISSAL OF CHAPTER 13**
**CASE WITHOUT PREJUDICE**

    Debtor's attorney, pursuant to 11 U.S.C § 1307(b) files his Notice of Voluntary Dismissal of Chapter 13 Case and respectfully requests that his Honorable Court enter an order voluntarily dismissing the above case without prejudice. Debtors Certifies that they have not previously converted this case under 11 U.S.C. § 706, 1112 or 1208.

**CERTIFICATE OF SERVICE**

    I CERTIFY that a true copy of the forgoing was served on all CM/ECF registered users via Notice of Electronic Filing and by regular first class United States Mail, postage fully prepaid, on all other interested parties as indicated on the attached service list on November 24 2022.

                                                **/S/  ARMANDO R. ALFONSO**
                                                Armando R. Alfonso
                                                Florida Bar No. 88523
                                                1600 Ponce de Leon Blvd.
                                                10th Floor
                                                Coral Gables, FL 33134
                                                Telephone: (786) 888-2491
                                                Email: armandoalfonsoesq@bellsouth.net