

**ORDERED in the Southern District of Florida on December 7, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                 Case No. 22-18618-LMI

Ariel Malagon                                                 Chapter 13

       Debtor.
_____/

### ORDER SETTING HEARING TO SHOW CAUSE WHY ATTORNEY ARMANDO ALFONSO SHOULD NOT BE SUSPENDED FROM PRACTICING IN THIS COURT

**THIS CAUSE** came before the Court for hearing on December 6, 2022 upon the *Order Setting Hearing to Show Cause Why Case Should Not Be Dismissed and Why Attorney Armando Alfonso Should Not Be Sanctioned for Failure to Comply With FRBP 1014(A)(2)* (ECF #7) (the "Show Cause Hearing"). Attorney Alfonso failed to appear at the Show Cause Hearing. Therefore, it is

**ORDERED** that Attorney Alfonso shall appear at a hearing on **January 10, 2023** at **9:00 a.m. via video conference by Zoom for Government** to show cause as to why Attorney

Alfonso should not be suspended from practicing in this Court for his failure to appear at the Show Cause Hearing.

The hearing scheduled by this order will take place only by video conference. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.

To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItduiqqz4iGPWRbYC6YTes9xqj5mxBNU4

###

*The Clerk of Court shall serve a copy of this order upon all parties in interest.*